UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA D. M.,[1] an Individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,[2] Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 5:21-00529 FWS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Stipulation (Dkt. No. 23), and the

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Report and Recommendation of the assigned United States Magistrate Judge dated August 25, 2021 (Dkt. No. 25).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, (Dkt. No. 25), is accepted;

2. The Administrative Law Judge's decision is reversed and this case is remanded on an open record for further proceedings; and

3. Judgment is to be entered accordingly.

DATED:  September 20, 2022

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

2