1

2

3

4

5                                           JS-6

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   KEISHA D. M.,[1] an Individual,        Case No. 5:21-00529 FWS (ADS)

12              Plaintiff,

13                           v.             JUDGMENT

14   KILOLO KIJAKAZI,[2] Acting
     Commissioner of Social Security,

15
                Defendant.

16

17        Pursuant to the Court's Order Accepting the Report and Recommendation of the

18   United States Magistrate Judge, the decision of the Commissioner of Social Security is

19

20

---

21   [1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil
     Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
22   Administration and Case Management of the Judicial Conference of the United States.
     [2] The Complaint, and thus the docket caption, do not name the current Acting
23   Commissioner.  On July 9, 2021, Kijakazi became the Acting Commissioner of Social
     Security.  Thus, he is automatically substituted as the defendant under Federal Rule of
24   Civil Procedure 25(d).

1    reversed and the matter is remanded to the Commissioner for further proceedings

2    consistent with the Report and Recommendation.

3

4    DATED: September 20, 2022    _____
     THE HONORABLE FRED W. SLAUGHTER
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24